United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-1926

_____

Vera Lois Erickson,                              *
                                                 *
            Appellant,                           *
                                                 *    Appeal from the United States
      v.                                         *    District Court for the
                                                 *    District of Minnesota.
University of Minnesota; Regents of              *
the University of Minnesota,                     *         [UNPUBLISHED]
                                                 *
                                                 *
            Appellees.                           *

_____

Submitted:  May 22, 1997
    Filed:  May 27, 1997

_____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

      Vera Lois Erickson appeals the District Court's[1] judgment in favor of defendants.
Having reviewed the record and the parties' submission, we conclude the judgment of
the District Court was correct.  Accordingly, we affirm.  See 8th Cir. R. 47B.  Having
previously granted in part appellant's motion to include trial exhibits in the appellate

_____

      [1]The Honorable Michael James Davis, United States District Judge for the
District of Minnesota.

record, we deny the motion to the extent appellant seeks to include any additional exhibits.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.